**G. Joseph BELLEFEUILLE, Plaintiff–Appellant,**

v.

**Kenneth S. APFEL, Commissioner of Social Security, Defendant–Appellee.**

No. 00–1653.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 21, 2000.

Decided Jan. 9, 2001.

J. Layne Birdsong, Richardson & Birdsong, Columbia, SC, for appellant. Frank W. Hunger, Assistant Attorney General, J. Rene Josey, United States Attorney, John Berkley Grimball, Assistant United States Attorney, Deana R. Ertl–Lombardi, Regional Chief Counsel, Michele M. Kelley, Assistant Regional Counsel, Social Security Administration, Denver, CO, for appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Joseph Bellefeuille appeals the district court's order affirming the Commissioner's decision denying Bellefeuille's application for disability insurance benefits and supplemental security income. We have reviewed the record and the district court's opinion adopting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Bellefeuille v. Apfel,* No. CA–98–3743–9–17BD (D.S.C. Mar. 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*